```
                  UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

DARIUS RICE                                                    PLAINTIFF

VS.                               CIVIL ACTION NO. 3:22-cv-397-TSL-RPM

HAMILTONDAVIS MENTAL HEALTH, INC.
AND MARIE HAMILTON-ABSTON                                     DEFENDANTS

## ORDER

The parties have announced to the Court the resolution of this matter, pending the finalization of settlement documents. For administrative purposes and in the interest of justice, the Clerk is directed to administratively close the file until further order of the Court. The administrative closure of this case shall in no way constitute a dismissal or termination of this action and shall have no effect on any statute of limitations.

SO ORDERED this 24th day of April, 2024.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE