```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

DARIUS RICE                                              PLAINTIFF

VS.                          CIVIL ACTION NO. 3:22-cv-397-TSL-RPM

HAMILTONDAVIS MENTAL HEALTH, INC.                       DEFENDANTS
AND MARIE HAMILTON-ABSTON

                             ORDER

    This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter.  Accordingly, the court being desirous of removing this matter from its docket,

    IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

    SO ORDERED this 6th day of January, 2025.


                                     /s/ Tom S. Lee_____
                                     UNITED STATES DISTRICT JUDGE